AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

UNITED STATES OF AMERICA

v.

Jeffrey Rinchey

APPEARANCE

Case Number: 

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jeffrey Rinchey

I certify that I am admitted to practice in this court.

Date: 11/30/11

Signature

Print Name: PETER E TOMMASO  Bar Number: 2590

Address: 123-60 83 AVE

City: Kew Gardens  State: NY  Zip Code: 11415

Phone Number: 718 261-1200  Fax Number:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 30 2011