*Law Offices*
## PETER E. TOMMASO
123-60 83RD AVENUE
KEW GARDENS, N. Y. 11415

ROSEANN CALIX
LEGAL ASSISTANT

(718) 261-1200
FACSIMILE (718) 261-2376

December 11, 2012

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/13
```

RE:   United States v. Jeffrey Rinchey
      S1 11 Cr. 614 (VM)

Dear Judge Marrero:

I am the attorney for Jeffrey Rinchey who was originally scheduled to be sentenced on January 3, 2013 before your Honor and then the date was changed to January 11, 2013 by the Court.

The Government agreed at the time of Mr. Rinchey's plea that they would have no objection, and would consent, to an adjournment to the subsequent sentencing of co-defendants Thomas Devitt (scheduled for January 11, 2013) and Gerald Monfort (scheduled for February 15, 2013).

I am respectfully requesting that Mr. Rinchey's sentencing be adjourned to February 22, 2013. I have discussed this with Assistant U.S. Attorney Jonathan Cohen and he has no objection to the adjournment.

Thank you for your consideration in this matter, I remain,

Very truly yours,

PETER E. TOMMASO

PET:rc

cc:   Jonathan Cohen
      Assistant U.S. Attorney
      Southern District of New York
      One Saint Andrew's Plaza
      New York, New York 10007

Request GRANTED. The sentencing of defendant Jeffrey Rinchey herein is rescheduled to 2-22-13 at 3:00 p.m.

SO ORDERED.

1-2-13
DATE          VICTOR MARRERO, U.S.D.J.