PREET BHARARA
United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/13

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

                - v. -

JEFFREY RINCHEY,

                Defendant.
-------------------------------- x

SATISFACTION OF JUDGMENT

11 CR 0614-18 (VM)

#13,0530

SOUTHERN DISTRICT OF NEW YORK

       Satisfaction is acknowledged between United States of America, plaintiff, and Jeffrey Rinchey, defendant, for the fine in the amount of $2,000.00 and the special assessment in the amount of $100.00, amounting in all to the sum of $2,100.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 25th day of February 2013.

                                            PREET BHARARA
                                            United States Attorney for the
                                            Southern District of New York

                                          By: _____
                                            KATHLEEN A. ZEBROWSKI
                                            Assistant United States Attorney

STATE OF NEW YORK)
                    ss:
COUNTY OF NEW YORK)

      On the 7th day of March 2013, before me personally came Kathleen A. Zebrowski, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC

KATHY TAYLOR
Notary Public, State of New York
No. 01TA5077230
Qualified in Kings County
Commission Expires May 5, 15